

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2016

No. 04-16-00346-CR

Steve **KOU,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8622
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant has filed a Motion for Suspension and Recalculation of Deadline for Filing Brief. We DENY appellant's motion to recalculate deadlines. However, we GRANT appellant's motion for extension of time to file appellant's brief. Appellant's brief is due on or before **November 14, 2016**.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2016.

Keith E. Hottle
Clerk of Court